# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Taylor Pearce aka Thomas T. Pearce | BK NO. 24-02059 HWV |
| Jenifer Marie Pearce fka Jenifer Marie Miller, fka Jenifer Marie Emkey, aka Jenifer M Miller Pearce, aka Jenifer M Pearce | Chapter 13 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
16 Sep 2024, 12:20:41, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322