United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Thomas Taylor Pearce  
Jenifer Marie Pearce  
    Debtors

Case No. 24-02059-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Sep 18, 2024     Form ID: ntnew341     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Taylor Pearce, 878 Joy Drive, Greencastle, PA 17225-9049 |
| cr | + | Antrim Township, PO Box 130, Greencastle, PA 17225-0130 |
| 5648316 | + | Antrim Township, 10655 Antrim Church Road, Greencastle, PA 17225-9577 |
| 5646696 | + | Antrim Twp Water/Sewer, 10655 Antrim Church Rd, Greencastle, PA 17225-9577 |
| 5646698 | + | Borough of Greencastle, 60 N Washington Street, Greencastle, PA 17225-1230 |
| 5646700 | | Dicks Home Care Inc, PO Box 71248, Charlotte, NC 28272-1248 |
| 5646701 | + | Greencastle Physical Therapy, 145 E Baltimore Street, Suite 2, Greencastle, PA 17225-1215 |
| 5646705 | + | Nonprofit Alliance of, Consumer Advocates, 1503 S Coast Dr Ste 100C, Costa Mesa, CA 92626-1526 |
| 5647584 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5646709 | + | Waynesboro Hospital, 501 E Main Street, Waynesboro, PA 17268-2394 |
| 5646710 | | Wellspan Health, 4100 International Plz Ste 800, Fort Worth, TX 76109-4839 |
| 5646711 | | Wellspan Medical Group, 1803 Mt Rose Avenue, York, PA 17403-3051 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| jdb | + | Email/PDF: jmpearce878@gmail.com | Sep 18 2024 18:41:00 | Jenifer Marie Pearce, 878 Joy Drive, Greencastle, PA 17225-9049 |
| 5646695 | | Email/Text: ebn@americollect.com | Sep 18 2024 18:42:00 | AmeriCollect, Inc., PO Box 1690, Manitowoc, WI 54221 |
| 5646694 | | Email/Text: ebn@americollect.com | Sep 18 2024 18:42:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 5646697 | + | Email/Text: collection.department@bcefcu.com | Sep 18 2024 18:42:00 | Baltimore County Employees FCU, 23 W Susquehanna Avenue, Towson, MD 21204-5291 |
| 5646699 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 18 2024 18:42:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5646692 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2024 18:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5646702 | ^ | MEBN | Sep 18 2024 18:38:47 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5646703 | + | Email/Text: inchargehq@westcreekfin.com | Sep 18 2024 18:42:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5646704 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 18 2024 18:52:08 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5646693 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2024 18:42:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5646706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 18 2024 18:54:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5646707 | + | Email/Text: bankruptcies@penncredit.com | Sep 18 2024 18:41:00 | UPMC Health Regional Phys, c/o Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5646708 | ^ | MEBN | Sep 18 2024 18:39:03 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5649685 | | Email/Text: bankruptcynotification@wellspan.org | Sep 18 2024 18:42:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5646712 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 18 2024 18:42:00 | West Penn Power, Post Office Box 16001, Reading, PA 19612-6001 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Jenifer Marie Pearce gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Thomas Taylor Pearce gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Steven P Miner | on behalf of Creditor Antrim Township sminer@cklegal.net  mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Thomas Taylor Pearce,<br>aka Thomas T. Pearce, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:24−bk−02059−HWV |
| Jenifer Marie Pearce,<br>aka Jenifer M Pearce, aka Jenifer M Miller Pearce, fka<br>Jenifer Marie Miller, fka Jenifer Marie Emkey, | | |
| **Debtor 2** | | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: November 7, 2024<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2024 |

ntnew341 (09/23)