

Researched and prepared by

**James Stoneham**

Prepared exclusively for

**Jen Pearce**

Subject Property

878 Joy Drive

Greencastle, PA 17225



**James Stoneham**

Iron Valley Real Estate of Chambersburg

653 Wayne Ave
Chambersburg, PA 17201
(717) 210-5500
james.stoneham@gmail.com
www.pa-mdrealestate.com

Copyright: BRIGHT MLS© 2024 All rights reserved.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.



# CMA Price Adjustments

Thursday, September 5, 2024

This page outlines the subject property versus comparables properties.

  

| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | **878 Joy Drive** | **1990 Shannon Drive South** | | **17 Starlight Drive** | |
| MLS# | 01-0A22A-014.-000000 | PAFL2022270 | | PAFL2019876 | |
| Status | Public Record Comparable | Active | | Active | |
| Prop Type | RES | Residential | | Residential | |
| City | Greencastle | Greencastle | | Greencastle | |
| Sch District | Greencastle-Antrim | Greencastle-Antrim | | Greencastle-Antrim | |
| Subdiv/Neigh | | GREENCASTLE GREENS | | HERITAGE ESTATES | -30,000 |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Craftsman | | Colonial | |
| Structure Type | | Detached | | Detached | |
| Year Built | 2006 | 0 | | 2004 | |
| Taxes/Tax Yr | $7,394.00 | $0 / 2025 | | $8,345 / 2022 | |
| Assessed Val | $49,300 | $0 | | $50,580 | |
| List Date | | 08/27/2024 | | 04/30/2024 | |
| Closed Date | 8/26/2009 | | | | |
| DOM/CDOM | --/ | 10/10 | | 103/103 | |
| List Price | | $489,990 | | $499,900 | |
| Closed Price | $349,900 | | | | |
| Concessions | | | | | |
| Abv Grd FinSF | 3400 | 3,010 | | 3,425 | |
| Blw Grd FinSF | 1200 | 968 | | 0 | |
| $/SqFt | | $162.79 | | $145.96 | |
| Acres | 0.37 | 0.250 | | 0.390 | |
| Beds | 4 | 4 | | 4 | |
| Baths | 2 / 1 | 2 / 1 | | 2 / 1 | |
| Bsmnt Type | Partially Finished | Daylight, Partial, Full, Other, Partia | | Partial, Unfinished | |
| Garage Spcs | 2 | 2 | | 2 | |
| Parking | | | | | |
| Fireplaces | 0 | 0 | | 0 | |
| Cooling | Central A/C | Central A/C | | Central A/C | |
| Heating | | Forced Air | | 90% Forced Air | |
| Water | Public | Public | | Public | |
| Sewer | Public | Public Sewer | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | No Pool | |
| Property Condition | Below Average | Excellent | -60,000 | Very Good | -50,000 |

| | | | |
|---|---|---|---|
| Price | | $489,990 | $499,900 |
| Total Adjustments | | $-60,000 | $-80,000 |
| Adjusted Price | | $429,990 | $419,900 |

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **James Stoneham**
Iron Valley Real Estate of Chambersburg

# CMA Price Adjustments

This page outlines the subject property versus comparables properties.

 

| | Subject Property | Details | Adjust |
|---|---|---|---|
| | **878 Joy Drive** | **12385 Williamsport Pike** | |
| MLS# | 01-0A22A-014.-000000 | PAFL2019922 | |
| Status | Public Record Comparable | Closed | |
| Prop Type | RES | Residential | |
| City | Greencastle | Greencastle | |
| Sch District | Greencastle-Antrim | Greencastle-Antrim | |
| Subdiv/Neigh | | NONE AVAILABLE | |
| Ownership | | Fee Simple | |
| Style | | Contemporary | |
| Structure Type | | Detached | |
| Year Built | 2006 | 2006 | |
| Taxes/Tax Yr | $7,394.00 | $0 / 2023 | |
| Assessed Val | $49,300 | $0 | |
| List Date | | 05/01/2024 | |
| Closed Date | 8/26/2009 | 07/09/2024 | |
| DOM/CDOM | --/ | 6/6 | |
| List Price | | $489,900 | |
| Closed Price | $349,900 | $505,000 | |
| Concessions | | $0 | |
| Abv Grd FinSF | 3400 | 3,400 | |
| Blw Grd FinSF | 1200 | 0 | |
| $/SqFt | | $148.53 | |
| Acres | 0.37 | 1.460 | -40,000 |
| Beds | 4 | 4 | |
| Baths | 2 / 1 | 2 / 1 | |
| Bsmnt Type | Partially Finished | | |
| Garage Spcs | 2 | 2 | |
| Parking | | | |
| Fireplaces | 0 | 0 | |
| Cooling | Central A/C | Ceiling Fan(s), Central A/C | |
| Heating | | Heat Pump(s) | |
| Water | Public | Conditioner, Filter, Well | |
| Sewer | Public | Public Sewer | |
| Waterfront | | No | |
| Pool | | No Pool | |
| Property Condition | Below Average | Very Good | -50,000 |

| | |
|---:|---:|
| Price | $505,000 |
| Total Adjustments | $-90,000 |
| Adjusted Price | $415,000 |

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by James Stoneham
Iron Valley Real Estate of Chambersburg





## Subject Property

878 Joy Drive
Greencastle, PA 17225



### Location

County: Franklin, PA
MLS Area: Antrim Twp
School District: Greencastle-Antrim

### Lot

Acres: 0.37
Lot SqFt: 16117
Water Source: Public
Sewer: Public

### Building

| | | |
|---|---|---|
| Property Type: RES | Heating: / / Geo-thermal | Year Built: 2006 |
| Bedrooms: 4 | Cooling Type: Central A/C | Above Grade Fin SQFT: 3,400 |
| Full/Half Baths: 2 / 1 | Garage Spaces: 2 | Below Grade Fin SQFT: 1,200 |
| | Fireplaces: 0 | Total SQFT: 0 |
| | Basement Type: Partially Finished | |

### Listing and Selling Information

MLS #: 01-0A22A-014.-000000
Tax ID #: 01-0A22A-014.-000000

### Days on Market / Taxes

Tax Annual Amount: $7,394
Tax Assessed Value: $49,300

### Additional Information

Property Condition: **Below Average**

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by James Stoneham
Iron Valley Real Estate of Chambersburg

James Stoneham
Iron Valley Real Estate of Chambersburg
Office Ph: (717) 210-5500
Cell: (301) 661-9694
james.stoneham@gmail.com

Thursday, September 5, 2024

## Number of Days On Market

This graph illustrates the number of days on market for the listings in this analysis.



# Residential Stats - Analysis Detail Report



**James Stoneham**
Iron Valley Real Estate of Chambersburg
Office Ph: (717) 210-5500
Cell: (301) 661-9694
james.stoneham@gmail.com

## Active — 2 LISTINGS

| | List Price | Orig. Price | = % of | DOM | CDOM | Age |
|---|---|---|---|---|---|---|
| 5990 Shannon Drive South | $489,990 | $489,990 | 100.00 | 10 | 10 | 20 |
| 17 Starlight Drive | $499,900 | $535,000 | 93.44 | 103 | 103 | 20 |
| Low | $489,990 | $489,990 | 93.44 | 10 | 10 | 20 |
| High | $499,900 | $535,000 | 100.00 | 103 | 103 | 20 |
| Median | $494,945 | $512,495 | 96.72 | 57 | 57 | 20 |
| Average | $494,945 | $512,495 | 96.72 | 57 | 57 | 20 |

## Closed — 1 LISTING

| | Price when initially entered | | | | | Price at time of sale | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Closed Price - Concession | = Net Price | / Orig. Price | = % Of | | Closed Price - Concession | = Net Price | / List Price | = % Of | DOM | CDOM | Age |
| 2385 Williamsport Pike | $505,000 | $0 | $505,000 | $489,900.00 | 103.08 | $505,000 | $0 | $505,000 | $489,900 | 103.08 | 6 | 6 | 18 |
| Low | $505,000 | $0 | $505,000 | $489,900 | 103.08 | $505,000 | $0 | $505,000 | $489,900 | 103.08 | 6 | 6 | 18 |
| High | $505,000 | $0 | $505,000 | $489,900 | 103.08 | $505,000 | $0 | $505,000 | $489,900 | 103.08 | 6 | 6 | 18 |
| Median | $505,000 | $0 | $505,000 | $489,900 | 103.08 | $505,000 | $0 | $505,000 | $489,900 | 103.08 | 6 | 6 | 18 |
| Average | $505,000 | $0 | $505,000 | $489,900 | 103.08 | $505,000 | $0 | $505,000 | $489,900 | 103.08 | 6 | 6 | 18 |

## Report Totals — Properties: 3

| | List Price: | Orig. List Price: | % of: | Closed Price: | Concession: | Net Price: | DOM: | CDOM: | Age: |
|---|---|---|---|---|---|---|---|---|---|
| Low | $489,900 | $489,900 | 103.08 | $505,000 | $0 | $505,000 | 6 | 6 | 18 |
| High | $499,900 | $535,000 | 103.08 | $505,000 | $0 | $505,000 | 103 | 103 | 20 |
| Median | $489,990 | $489,990 | 103.08 | $505,000 | $0 | $505,000 | 10 | 10 | 19 |
| Average | $493,263 | $504,963 | 103.08 | $505,000 | $0 | $505,000 | 40 | 40 | 19 |

Copyright (c) 2024 BRIGHT
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size, schools, and other information is not guaranteed.



Thursday, September 5, 2024

# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Status: Active

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | List Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| PAFL2022270 | 1990 Shannon Drive South | 4 | 2 / 1 | 3,010 | 0.25 | 10 | $489,990 | | | 08/27/2024 |
| PAFL2019876 | 17 Starlight Drive | 4 | 2 / 1 | 3,425 | 0.39 | 103 | $499,900 | | | 04/30/2024 |
| **Averages:** | | **4** | **2/1** | **3,218** | **0.32** | **57** | **$494,945** | | | |

### Status: Closed

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | Closed Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| PAFL2019922 | 12385 Williamsport Pike | 4 | 2 / 1 | 3,400 | 1.46 | 6 | $489,900 | $505,000 | | 07/09/2024 |
| **Averages:** | **$505,000** | **4** | **2/1** | **3,400** | **1.46** | **6** | **$489,900** | **$505,000** | | |

## Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg CDOM |
|---|---|---|---|---|---|---|---|
| Active | 2 | $494,945 | $154.38 | $494,945 | $489,990 | $499,900 | 57 |
| Closed | 1 | $505,000 | $148.53 | $505,000 | $505,000 | $505,000 | 6 |
| **Total** | **3** | **$498,297** | **$152.43** | **$499,900** | **$489,990** | **$505,000** | **40** |

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **James Stoneham**
Iron Valley Real Estate of Chambersburg

# CMA Map

This page displays the Map for the CMA Subject and your comparables.



878 Joy Drive

1. 1990 Shannon Drive South
2. 17 Starlight Drive
3. 12385 Williamsport Pike

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by James Stoneham
Iron Valley Real Estate of Chambersburg

# Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

## Active Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | List Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 878 Joy Drive | | | | *4* | *2* | *1* | *3,400* | | | |
| 1990 Shannon Drive South | $489,990 | | | 4 | 2 | 1 | 3,010 | | $162.79 | 08/27/2024 |
| 17 Starlight Drive | $499,900 | | | 4 | 2 | 1 | 3,425 | | $145.96 | 04/30/2024 |
| **Averages:** | **$494,945** | | | **4** | **2** | **1** | **3,218** | | **$154.38** | |

## Closed Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 878 Joy Drive | | | | *4* | *2* | *1* | *3,400* | | | |
| 12385 Williamsport Pike | $489,900 | $505,000 | | 4 | 2 | 1 | 3,400 | | $148.53 | 07/09/2024 |
| **Averages:** | **$489,900** | **$505,000** | | **4** | **2** | **1** | **3,400** | | **$148.53** | |

| | |
|---|---|
| Median of Comparable Listings: | **$499,900** |
| Average of Comparable Listings: | **$498,297** |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $489,990 | $499,900 | $498,297 | $505,000 | 3 |
| **Adjusted Comparable Price** | $415,000 | $419,900 | $421,630 | $429,990 | 3 |
| **DOM** | 6 | 10 | 40 | 103 | 3 |

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by James Stoneham
Iron Valley Real Estate of Chambersburg


James Stoneham
Iron Valley Real Estate of Chambersburg
Office Ph: (717) 210-5500
Cell: (301) 661-9694
james.stoneham@gmail.com

# Pricing Recommendation

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $421,600 | Average Price/Sq Ft: | $129 |
| High Price: | $430,000 | High Price/Sq Ft: | $143 |
| Median Price: | $419,900 | Median Price/Sq Ft: | $123 |
| Low Price: | $415,000 | Low Price/Sq Ft: | $122 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

I believe your listing prices should be $429,900 in the home's current condition. If you can make some repairs and the other things that we discussed, then I think you should be able to get closer to the 500k listing price.

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by James Stoneham
Iron Valley Real Estate of Chambersburg
