Certificate Number: 16339-PAM-DE-039041560

Bankruptcy Case Number: 24-02059


16339-PAM-DE-039041560

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on November 6, 2024, at 8:23 o'clock PM EST, Thomas Pearce completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 6, 2024        By:    /s/Kelley Tipton

                                 Name:  Kelley Tipton

                                 Title: Certified Financial Counselor