In re:  Case No. 24-02059-HWV

Thomas Taylor Pearce  Chapter 13

Jenifer Marie Pearce

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3

Date Rcvd: Nov 07, 2024  Form ID: ntcnfhrg  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Taylor Pearce, 878 Joy Drive, Greencastle, PA 17225-9049 |
| cr | + | Antrim Township, PO Box 130, Greencastle, PA 17225-0130 |
| 5648316 | + | Antrim Township, care of Steven P Miner Esq, 3631 N Front Street, Harrisburg, PA 17110-1533 |
| 5646696 | + | Antrim Twp Water/Sewer, 10655 Antrim Church Rd, Greencastle, PA 17225-9577 |
| 5646698 | + | Borough of Greencastle, 60 N Washington Street, Greencastle, PA 17225-1230 |
| 5646700 | | Dicks Home Care Inc, PO Box 71248, Charlotte, NC 28272-1248 |
| 5646701 | + | Greencastle Physical Therapy, 145 E Baltimore Street, Suite 2, Greencastle, PA 17225-1215 |
| 5656347 | + | Interstate Garage Doors Inc, 5292 Cumberland Hwy, Chambersburg PA 17202-9618 |
| 5646705 | + | Nonprofit Alliance of, Consumer Advocates, 1503 S Coast Dr Ste 100C, Costa Mesa, CA 92626-1526 |
| 5647584 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5656348 | | US Dept of Housing & Urban Dev, 12th Floor 801 Market Street, Philadelphia PA 19107 |
| 5646709 | + | Waynesboro Hospital, 501 E Main Street, Waynesboro, PA 17268-2394 |
| 5646710 | | Wellspan Health, 4100 International Plz Ste 800, Fort Worth, TX 76109-4839 |
| 5646711 | + | Wellspan Medical Group, 1803 Mt Rose Avenue, York, PA 17403-3026 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| jdb | + | Email/PDF: jmpearce878@gmail.com | Nov 07 2024 18:41:00 | Jenifer Marie Pearce, 878 Joy Drive, Greencastle, PA 17225-9049 |
| 5646695 | | Email/Text: ebn@americollect.com | Nov 07 2024 18:42:00 | AmeriCollect, Inc., PO Box 1690, Manitowoc, WI 54221 |
| 5646694 | | Email/Text: ebn@americollect.com | Nov 07 2024 18:42:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 5646697 | + | Email/Text: collection.department@bcefcu.com | Nov 07 2024 18:42:00 | Baltimore County Employees FCU, 23 W Susquehanna Avenue, Towson, MD 21204-5291 |
| 5646699 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 07 2024 18:42:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5646692 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 07 2024 18:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5646702 | ^ | MEBN | Nov 07 2024 18:38:04 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5646703 | + | Email/Text: inchargehq@westcreekfin.com | Nov 07 2024 18:42:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5660121 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 07 2024 18:51:42 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5646704 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 07 2024 18:51:31 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | City, OK 73126-0648 |
| 5646693 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 18:41:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5646706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 18:51:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5646707 | + | Email/Text: bankruptcies@penncredit.com | Nov 07 2024 18:41:00 | UPMC Health Regional Phys, c/o Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5646708 | ^ | MEBN | Nov 07 2024 18:39:27 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5649685 | | Email/Text: bankruptcynotification@wellspan.org | Nov 07 2024 18:41:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5646712 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 07 2024 18:42:00 | West Penn Power, Post Office Box 16001, Reading, PA 19612-6001 |
| 5656394 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 07 2024 18:42:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Jenifer Marie Pearce gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Thomas Taylor Pearce gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Steven P Miner | |

on behalf of Creditor Antrim Township sminer@cklegal.net mrenno@cklegal.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Thomas Taylor Pearce,<br>aka Thomas T. Pearce, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:24−bk−02059−HWV |
| Jenifer Marie Pearce,<br>aka Jenifer M Pearce, aka Jenifer M Miller Pearce, fka<br>Jenifer Marie Miller, fka Jenifer Marie Emkey, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 12, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: December 19, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 7, 2024 |

ntcnfhrg (08/21)