# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Thomas Taylor Pearce**
       **Jenifer Marie Pearce** _____   Case No. **1:24-bk-02059**
                                              Debtor(s)            Chapter  **13**

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _Jenifer Marie Pearce_ [handwritten above: Thomas Taylor Pearce], upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on ___, .

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____          BY: _____
                                           Gary J. Imblum
                                           Counsel for Debtor

DATED: __1/16/2025__                    BY: _[signature] Jenifer Marie Pearce_
                                           Jenifer Marie Pearce
                                           Debtor
                                           _[signature] Thomas Taylor Pearce_
                                           Thomas Taylor Pearce