Rev. 12/01/17

LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
THOMAS TAYLOR PEARCE : CHAPTER 13
aka Thomas T. Pearce :
JENIFER MARIE PEARCE, aka Jenifer M. Pearce, : CASE NO. 1 - 24 -bk- 02059-HWV
aka Jenifer M. Miller Pearce, fka Janifer Marie :
Miller, fka Jenifer Marie Emkey :
 :
Debtor(s) :

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney outside of plan distributions | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Compensation and expenses to be approved by the Court | $ 4,715.39 |
| 2. Less amounts paid to attorney outside of plan distributions | $ 1,495.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ 3,220.39 |

| | |
|---|---|
| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 3,220.39 |

Dated: 1/16/2025

_____
Attorney for Debtor

For fees and costs through January 14, 2025. A fee application will be filed in the near future.