UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   THOMAS TAYLOR PEARCE         :   CHAPTER 13
         JENIFER MARIE PEARCE          :
             Debtor(s)                 :
                                       :
         JACK N. ZAHAROPOULOS          :
         STANDING CHAPTER 13 TRUSTEE   :
             Movant                    :
                                       :
             vs.                       :
                                       :
         THOMAS TAYLOR PEARCE          :
         JENIFER MARIE PEARCE          :
             Respondent(s)             :   CASE NO.   1-24-bk-02059


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 10th day of April, 2025, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about March 31, 2025, be withdrawn as all issues have been resolved.

                          Respectfully submitted:

                          /s/Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 10th day of April, 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary J. Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

/s/Paige Niemond
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee