# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:24-bk-02059 HWV |
|---|---|
| THOMAS TAYLOR PEARCE, AKA THOMAS T PEARCE<br>JENIFER MARIE PEARCE, AKA JENIFER M PEARCE, AKA JENNIFER M MILLER PEARCE, FKA JENIFER MARIE MILLER, FKA JENIFER MARIE EMKEY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/17/2025, I did cause a copy of the following documents, described below,

Order Confirming 2nd Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2025

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>THOMAS TAYLOR PEARCE, AKA THOMAS T PEARCE<br>JENIFER MARIE PEARCE, AKA JENIFER M PEARCE, AKA JENNIFER M MILLER PEARCE, FKA JENIFER MARIE MILLER, FKA JENIFER MARIE EMKEY | CASE NO: 1:24-bk-02059 HWV<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 4/17/2025, a copy of the following documents, described below,

Order Confirming 2nd Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas Taylor Pearce,
aka Thomas T. Pearce,

**Debtor 1**

Jenifer Marie Pearce,
aka Jenifer M Pearce, aka Jenifer M Miller Pearce, fka Jenifer Marie Miller, fka Jenifer Marie Emkey,

**Debtor 2**

Chapter 13

Case No. 1:24−bk−02059−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 7, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 17, 2025

orcnfpln(05/18)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 124-BK-02059 HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU APR 17 10-36-6 PST 2025 | ANTRIM TOWNSHIP<br>PO BOX 130<br>GREENCASTLE  PA 17225-0130 | ~~EXCLUDE~~<br>~~(U)MIDFIRST BANK~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG  PA 17102-1104~~ | (P)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | ~~EXCLUDE~~<br>~~(D)(P)AMERICOLLECT INC~~<br>~~PO BOX 2080~~<br>~~MANITOWOC WI 54221-2080~~ |
| ANTRIM TOWNSHIP<br>CARE OF STEVEN P MINER ESQ<br>3631 N FRONT STREET<br>HARRISBURG  PA 17110-1533 | ANTRIM TWP WATERSEWER<br>10655 ANTRIM CHURCH RD<br>GREENCASTLE  PA 17225-9577 | BALTIMORE COUNTY EMPLOYEES FCU<br>23 W SUSQUEHANNA AVENUE<br>TOWSON  MD 21204-5291 |
| BOROUGH OF GREENCASTLE<br>60 N WASHINGTON STREET<br>GREENCASTLE  PA 17225-1230 | BRIDGECREST ACCEPTANCE CORP<br>PO BOX 53087<br>SUITE 100<br>PHOENIX  AZ 85072-3087 | DICKS HOME CARE INC<br>PO BOX 71248<br>CHARLOTTE  NC 28272-1248 |
| GREENCASTLE PHYSICAL THERAPY<br>145 E BALTIMORE STREET<br>SUITE 2<br>GREENCASTLE  PA 17225-1215 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | INTERSTATE GARAGE DOORS INC<br>5292 CUMBERLAND HWY<br>CHAMBERSBURG PA 17202-9618 |
| KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA  PA 19106-1541 | KOALAFI<br>ATTN BANKRUPTCY<br>PO BOX 5518<br>GLEN ALLEN  VA 23058-5518 | MIDFIRST BANK<br>999 NORTHWEST GRAND BOULEVARD<br>OKLAHOMA CITY  OK 73118-6051 |
| MIDLAND MORTGAGE CO<br>ATTN CUSTOMER SERVICEBANKRUPTCY<br>PO BOX 26648<br>OKLAHOMA CITY  OK 73126-0648 | NONPROFIT ALLIANCE OF<br>CONSUMER ADVOCATES<br>1503 S COAST DR STE 100C<br>COSTA MESA  CA 92626-1526 | PA DEPT OF REVENUE<br>ATTN  BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG  PA 17128-0946 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | US DEPARTMENT OF HOUSING AND URBAN<br>DEVELOP<br>12TH FLOOR 801 MARKET STREET<br>PHILADELPHIA  PA 19107 | UPMC HEALTH REGIONAL  PHYS<br>CO PENN CREDIT<br>2800 COMMERCE DRIVE<br>HARRISBURG  PA 17110-9307 |
| UPMC IN CENTRAL PA<br>PO BOX 2353<br>HARRISBURG  PA 17105-2353 | US DEPT OF HOUSING  URBAN DEV<br>12TH FLOOR 801 MARKET STREET<br>PHILADELPHIA PA 19107 | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG  PA 17102-1104 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WAYNESBORO HOSPITAL<br>501 E MAIN STREET<br>WAYNESBORO PA 17268-2394 | WELLSPAN HEALTH<br>P O BOX 15119<br>YORK PA 17405-7119 | WELLSPAN HEALTH<br>4100 INTERNATIONAL PLZ STE 800<br>FORT WORTH TX 76109-4839 |
| WELLSPAN MEDICAL GROUP<br>1803 MT ROSE AVENUE<br>YORK PA 17403-3026 | WEST PENN POWER<br>5001 NASA BLVD<br>FAIRMONT WV 26554-8248 | WEST PENN POWER<br>POST OFFICE BOX 16001<br>READING PA 19612-6001 |
| ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | JENIFER MARIE PEARCE<br>878 JOY DRIVE<br>GREENCASTLE PA 17225-9049 |

DEBTOR

THOMAS TAYLOR PEARCE
878 JOY DRIVE
GREENCASTLE PA 17225-9049