## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    THOMAS TAYLOR PEARCE
THOMAS T. PEARCE
JENIFER MARIE PEARCE
FKA JENIFER MARIE
MILLER,FKA JENIFER MARIE        CHAPTER 13
EMKEY, JENIFER M PEARCE,
JENIFER M MILLER PEARCE
               Debtor(s)

    JACK N. ZAHAROPOULOS        CASE NO: 1-24-02059-HWV
CHAPTER 13 TRUSTEE
             Movant
vs.
THOMAS TAYLOR PEARCE
THOMAS T. PEARCE
JENIFER MARIE PEARCE
FKA JENIFER MARIE
MILLER,FKA JENIFER MARIE
EMKEY, JENIFER M PEARCE,
JENIFER M MILLER PEARCE
            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 24, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    July 24, 2025           Respectfully submitted,


                                  /s/   Douglas R. Roeder, Esquire
                                  ID:  80016
                                  Attorney for Trustee
                                  Jack N. Zaharopoulos
                                  Standing Chapter 13 Trustee
                                  Suite A, 8125 Adams Drive

Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:  THOMAS TAYLOR PEARCE
        THOMAS T. PEARCE
        JENIFER MARIE PEARCE
        FKA JENIFER MARIE
        MILLER,FKA JENIFER MARIE                CHAPTER 13
        EMKEY, JENIFER M PEARCE,
        JENIFER M MILLER PEARCE
                          Debtor(s)

        JACK N. ZAHAROPOULOS                CASE NO: 1-24-02059-HWV
        CHAPTER 13 TRUSTEE
                          Movant
        vs.
        THOMAS TAYLOR PEARCE
        THOMAS T. PEARCE
        JENIFER MARIE PEARCE
        FKA JENIFER MARIE
        MILLER,FKA JENIFER MARIE
        EMKEY, JENIFER M PEARCE,
        JENIFER M MILLER PEARCE
                          Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

Date:    August 20, 2025
Time:    09:35 AM
         Sylvia H. Rambo United States Courthouse
         Bankruptcy Courtroom 4B, 4th Floor
         1501 North 6th Street
         Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 400.00**
      **AMOUNT DUE FOR THIS MONTH:  $100.00**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $500.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
> **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.


Dated:    July 24, 2025                    /s/   Douglas R. Roeder, Esquire
                                           ID:  80016
                                           Attorney for Movant
                                           Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone:  (717) 566-6097
                                           email:  info@pamd13trustee.com

In Re:  THOMAS TAYLOR PEARCE
THOMAS T. PEARCE
JENIFER MARIE PEARCE
FKA JENIFER MARIE
MILLER,FKA JENIFER MARIE      CHAPTER 13
EMKEY, JENIFER M PEARCE,
JENIFER M MILLER PEARCE
          Debtor(s)

     JACK N. ZAHAROPOULOS      CASE NO: 1-24-02059-HWV
     CHAPTER 13 TRUSTEE
          Movant
vs.
     THOMAS TAYLOR PEARCE
     THOMAS T. PEARCE
     JENIFER MARIE PEARCE
     FKA JENIFER MARIE
     MILLER,FKA JENIFER MARIE
     EMKEY, JENIFER M PEARCE,
     JENIFER M MILLER PEARCE
          Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 24, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA  17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

THOMAS TAYLOR PEARCE
JENIFER MARIE PEARCE
878 JOY DRIVE
GREENCASTLE  PA   17225

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 24, 2025          /s/  Donna Schott

Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    THOMAS TAYLOR PEARCE
           AKA: THOMAS T. PEARCE
           JENIFER MARIE PEARCE
           AKA: FKA JENIFER MARIE
           MILLER,FKA JENIFER MARIE
           EMKEY, JENIFER M PEARCE,
           JENIFER M MILLER PEARCE

                                   CHAPTER 13

           Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
               Movant            CASE NO: 1-24-02059-HWV

           vs.

           THOMAS TAYLOR PEARCE
           AKA: THOMAS T. PEARCE
           JENIFER MARIE PEARCE
           AKA: FKA JENIFER MARIE
           MILLER,FKA JENIFER MARIE
           EMKEY, JENIFER M PEARCE,
           JENIFER M MILLER PEARCE

## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.