UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: THOMAS TAYLOR PEARCE, <br>     JENIFER MARIE PEARCE, <br>         Debtor(s) | : <br> : <br> : <br> : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS <br> STANDING CHAPTER 13 TRUSTEE <br>         Movant | : <br> : <br> : <br> : | |
| vs. | : <br> : | |
| THOMAS TAYLOR PEARCE, <br> JENIFER MARIE PEARCE, <br>         Respondent(s) | : <br> : <br> : | CASE NO.  1-24-bk-02059-HWV |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## CHAPTER 13 PLAN

AND NOW, on this 7th day of October 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about August 26, 2025, be withdrawn as all issues have been resolved.

                                      Respectfully submitted:

                                      /s/Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 7th day of October 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111

              /s/Ashley Schott_____
              Office of Jack N. Zaharopoulos
              Standing Chapter 13 Trustee