IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS TAYLOR PEARCE | : | CASE NO. 1:24-bk-02059-HWV |
| aka Thomas T. Pearce | : | |
| JENIFER MARIE PEARCE | : | CHAPTER 13 |
| aka Jenifer M. Pearce, aka Jenifer M. | : | |
| Miller Pearce, fka Jenifer Marie Miller | : | |
| fka Jenifer Marie Emkey | : | |
| Debtors | : | |

## ORDER OF COURT
## PERMITTING SECOND APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Second Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $8,295.50 for fees and $320.13 for costs, for a net amount due of $8,615.63 for the time period of January 15, 2025 through December 7, 2025.

The approved fees not paid by the Chapter 13 Trustee will be paid at settlement with the proceeds from the sale of the Debtors' real estate.