**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Thomas Taylor Pearce** | : | **CHAPTER 13** |
| **a/k/a Thomas T. Pearce** | : | |
| **Jenifer Marie Pearce** | : | **CASE NO. 1-24-02059-HWV** |
| **a/k/a Jenifer M. Pearce** | : | |
| **a/k/a Jenifer M. Pearce** | : | |
| **f/k/a Jenifer Marie Miller** | : | |
| **f/k/a Jenifer Marie Emkey,** | : | |
| **Debtors** | : | |
| | | |
| **CHARLES J. DEHART, III, ESQUIRE** | : | |
| **STANDING CHAPTER 13 TRUSTEE** | : | |
| **Movant** | : | |
| | : | |
| **vs.** | | |
| | : | |
| **Thomas Taylor Pearce** | : | **CHAPTER 13** |
| **a/k/a Thomas T. Pearce** | : | |
| **Jenifer Marie Pearce** | : | **CASE NO. 1-24-02059-HWV** |
| **a/k/a Jenifer M. Pearce** | : | |
| **a/k/a Jenifer M. Pearce** | : | |
| **f/k/a Jenifer Marie Miller** | : | |
| **f/k/a Jenifer Marie Emkey,** | : | |
| **Respondent** | : | |

**DEBTOR'S OBJECTION TO TRUSTEE'S**
**MOTION TO DISMISS CASE**

**AND NOW,** come Debtors, Thomas T. Pearce and Jenifer M. Pearce, by and through their attorney, Gary J. Imblum, and respectfully object to the Trustee's Motion to Dismiss and respond to same as follows:

1. Debtors admit that the real estate cannot be sold for an amount necessary to pay all of the liens against the real estate. Accordingly, Debtors cannot fulfil the obligations of their Chapter 13 Plan;

2. Debtors are considering converting to a Chapter 7.

**WHEREFORE**, Debtors respectfully request that this Honorable Court enter an Order denying the Trustee's Motion to Dismiss Case.

Respectfully submitted,

/s/ Gary J Imblum

_________________________________

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

Dated: 08/13/2026

## CERTIFICATION OF SERVICE

I, Candy Hill, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

Respectfully submitted,

/s/ Candy Hill
_______________________________

Candy Hill
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com

DATED: 08/13/2026