## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| **THOMAS TAYLOR PEARCE** | : | **CHAPTER 13** |
| **a/k/a THOMAS T. PEARCE** | : | |
| **JENIFER MARIE PEARCE** | : | **CASE NO.: 1-24-02059** |
| **f/k/a JENIFER MARIE MILLER** | : | |
| **f/k/a JENIFER MARIE EMKEY** | : | |
| **a/k/a JENIFER M. MILLER PEARCE** | : | |
| **a/k/a JENIFER M. PEARCE,** | : | |
| **Debtors** | : | |

**AMENDMENT TO SCHEDULE F**
**(UNSECURED/NON PRIORITY CLAIMS)**

Please add the following creditor to Schedule F.

| Creditor | Amount |
|---|---|
| Hurley Real Estate and Auctions<br>2800 Buchanan Trail E<br>Greencstle, PA 17225 | Unknown, if any |

Dated: 8/19/2024

Thomas T. Pearce
Thomas T. Pearce

Jenifer Marie Pearce
Jenifer M. Pearce

## CERTIFICATE OF MAILING

I, Candy Hill, Paralegal, of Imblum Law Offices, P.C., certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 20 day of August, 2026, I served a copy of the within Amendment to Schedule F, along with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines in this proceeding, on (name and address):

Chapter 13 Trustee
Via E-Service

Hurley Real Estate and Auctions
2800 Buchanan Trail E
Greencastle, PA 17225

the said Creditors in this proceeding by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 8/20/2026 (Date) Candy Hill (Signature)

Imblum Law Offices, P.C., 4615 Derry Street., Harrisburg, Pennsylvania 17111