UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>THOMAS TAYLOR PEARCE<br>JENIFER MARIE PEARCE<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>THOMAS TAYLOR PEARCE<br>JENIFER MARIE PEARCE<br>Respondents | CHAPTER 13<br><br>CASE NO. 1:24-BK-02059-HWV |

**<u>TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN</u>**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Trustee avers that Debtors' Plan is not feasible based upon the following: a) The Plan is underfunded relative to claims to be paid – 100%; b) Debtor is unable to make payments under the Plan, contrary to § 1325(a)(6). Specifically, Trustee requests verification that the Debtors will receive sufficient funds from their personal injury claim to fund the plan within the required timeframe; and c) The Plan is ambiguous as to the payment and base amount.

2. Trustee provides notice to the Court as to the ineffectiveness of Debtors' Chapter 13 Plan for the following reason: a) The Trustee cannot make the monthly payments as set forth in §2.C of the Plan without a sufficient monthly Plan payment.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: September 15, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111

Dated: September 15, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee